IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03509-NRN

PAUL TONNER, on behalf of himself and all similarly situated persons,

Plaintiff,

v.

EVOLVE BANK & TRUST, an Arkansas bank, and
EVOLVE BANCORP, INC., an Arkansas bank holding company, and
AMG NATIONAL TRUST BANK, a national bank, and
LINEAGE BANK, a Tennessee bank, and
AMERICAN BANK, N.A., a national bank,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge N. Reid Neureiter

     As set forth on the record at the February 18, 2025 Status Conference, it is hereby ORDERED that Defendant AMG National Trust's Motion to Dismiss (ECF No. 19) is DENIED WITHOUT PREJUDICE pending the consolidation of this case with *Margul et al. v. Evolve Bank & Trust et al.*, Case No. 24-cv-3259; *Miller v. Evolve Bank & Trust et al.*, Case No. 24-cv-3261-SBP; *Saquin et al. v. Evolve Bank & Trust et al.*, Case No. 24-cv-3262-SBP; and *Espinola v. Evolve Bank & Trust et al.*, Case No. 25-cv-00075-KAS (collectively, the "Related Actions").

     It is further ORDERED that Plaintiffs' Motion Strike Defendant AMG National Trust's Motion to Dismiss, or Alternatively, to Stay Responsive Pleading and Motion Deadlines Pending Consolidation (ECF No. 21) is DENIED as moot.

Date: February 18, 2025