IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Daniel D. Domenico

Civil Action No. 1:24-cv-03259-DDD-STV

STVOLGA MARGUL, KELLI JO CLAXTON, HENRY YEH, COLIN SMITH, ROD GENDRON, and KAYLA MORRIS, individually and on behalf of all similarly situated persons,

    Plaintiffs,

v.

EVOLVE BANK & TRUST, an Arkansas bank; EVOLVE BANCORP, INC., an Arkansas limited liability company; AMG NATIONAL TRUST, a Colorado bank; LINEAGE BANK, a Tennessee bank; and AMERICAN BANK, N.A. an Iowa bank,

    Defendants.

## ORDER ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

    Before me is the recommendation, Dkt. 61, of United States Magistrate Judge N. Reid Neureiter that I grant the Defendant AMG National Trust's motion, Dkt. 53, to consolidate this case with related actions. The recommendation states that any objections must be filed within fourteen days after its service on the parties. Dkt. 61 at 2 (citing 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2)). The recommendation was served on February 18, 2025, and no party has objected to it.

    In the absence of a timely objection, I may review a magistrate judge's recommendation under any standard I deem appropriate. *Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn*, 474 U.S. 140, 150, 154 (1985)). In this matter, I have reviewed the recommendation to satisfy myself that there is "no clear error on the face

- 1 -

of the record." Fed. R. Civ. P. 72(b) Advisory Committee Notes. Based on that review, I have concluded that the recommendation is a correct application of the facts and the law.

Accordingly, it is **ORDERED** that:

The Recommendation of United States Magistrate Judge, **Dkt. 61**, is **ACCEPTED** and **ADOPTED**;

The Defendant's Motion to Consolidate, **Dkt. 53**, is **GRANTED**;

*Margul et al. v. Evolve Bank & Trust et al.*, Case No. 24-cv-3259-DDD-NRN shall be the lead case and the following cases are to be consolidated under it: *Miller v. Evolve Bank & Trust et al.*, Case No. 24-cv-3261-SBP; *Saquin v. Evolve Bank & Trust et al.*, Case No. 24-cv-3262-SBP; *Tonner v. Evolve Bank & Trust et al.*, Case No. 24-cv-3509-NRN; and *Espinola v. Evolve Bank & Trust et al.*, Case No. 25-cv-75-KAS; and

Plaintiffs shall file a consolidated amended complaint within thirty days of this order, which shall be the operative complaint in the consolidated action and shall supersede all previous complaints filed in any of the related actions.

DATED: March 5, 2025    BY THE COURT:

Daniel D. Domenico
United States District Judge

- 2 -